

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00379-CV

Melanie Lynn **HAGNER**,
Appellant

v.

Juan Antonio **VALDEZ** Jr.,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-01683
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's Final Protective Order, signed on March 7, 2023, is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED March 26, 2025.

_____
Rebeca C. Martinez, Chief Justice